| | |
|---|---|
| 1 | MCGREGOR W. SCOTT |
| | United States Attorney |
| 2 | HENRY Z. CARBAJAL III |
| | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
| | Facsimile: (559) 497-4099 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:91-CR-00091-LJO |
| Plaintiff, | |
| v. | MOTION TO DISMISS INDICTMENT |
| VINCENT OBIDIOZOR DURU, | |
| Defendant. | |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, the United States moves for an order dismissing the indictment against defendant Vincent Obidiozor Duru. The interests of justice, at this time, would be best served by having the court dismiss the pending criminal indictment as to this defendant.

Dated: April 25, 2018                                     MCGREGOR W. SCOTT
                                                         United States Attorney

                                                  By: /s/ Henry Z. Carbajal III
                                                         HENRY Z. CARBAJAL III
                                                         Assistant United States Attorney

| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | HENRY Z. CARBAJAL III<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:91-CR-00091-LJO |
|---|---|
| Plaintiff, | ORDER ON MOTION TO DISMISS INDICTMENT |
| v. | |
| VINCENT OBIDIOZOR DURU, | |
| Defendant. | |

<u>ORDER</u>

Under Rule 48(a) of the Federal Rules of Criminal Procedure, the United States has moved for an order dismissing the charges in the Indictment in the above-captioned action against the named defendant.

The Indictment is dismissed as to defendant Vincent Obidiozor Duru.

IT IS SO ORDERED.

Dated: **April 25, 2018**          **/s/ Lawrence J. O'Neill**
                                   UNITED STATES CHIEF DISTRICT JUDGE